IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN MASONS
PENSION FUND, et al.,

          Plaintiffs,          OPINION AND ORDER

v.

                                      18-cv-317-wmc

R & T SPECIALISTS, INC., et al.,

          Defendants.

---

The court held a telephonic status conference on this matter yesterday, at which Attorney Ho appeared for plaintiffs, defendants were not represented, and Ms. Freeman, the President of Contract Surface Specialists of Wisconsin, Inc., appeared representing herself. During the call, it was agreed R & T Specialists, Inc., has been dissolved. Contrary to plaintiffs' understanding, Ms. Freeman represented that no assets from that company, including bank accounts or customer lists, were transferred to Contract Surface Specialists.

IT IS ORDERED that:

1) Ms. Freeman is directed and agreed to provide plaintiffs' counsel full access to the books and records of Contract Surface Specialists for review. Should plaintiffs require copies, those are to be made at their expense.

2) If Ms. Freeman provides proof that she has been unable to recruit counsel to represent her or her company, preferably through written correspondence from three or more law firms declining representation, and can establish a lack of funds, the court will consider recruiting counsel for her, Contract Surface Specialists, or both.

Entered this 6th day of July, 2018.

                                              BY THE COURT:
                                              /s/

                                              _____
                                              WILLIAM M. CONLEY
                                              District Judge