IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN MASONS
PENSION FUND, et al.,

    Plaintiffs,

v.

R & T SPECIALISTS, INC., et al.,

    Defendants.

ORDER

18-cv-317-wmc

---

Consistent with this court's July 6th order, it has made repeated attempts to recruit counsel on defendant's behalf. While the court was able to recruit find an experienced labor lawyer to consult with defendants' principal, he was not ultimately willing to enter an appearance for the defendants. Since the court has now exhausted its pool of attorneys and defendants have no right to counsel in this civil matter, the defendants will be deemed to be in default unless they can promptly find their own counsel. *See Philos Techs., Inc. v. Philos & D, Inc.*, 645 F.3d 851, 857-58 (7th Cir. 2011) ("[A] corporation . . . is legally incapable of appearing in court unless represented by counsel -- 'corporations must appear by counsel or not at all.'" (internal citation omitted)). Accordingly, defendants may have fourteen days to name counsel, otherwise the court will entertain a motion for default.

Entered this 3rd day of December, 2018.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge