UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

WISCONSIN MASONS PENSION FUND et al.

Plaintiffs,

v.  Case No. 18-cv-317

R & T SPECIALISTS, INC.
CONTRACT SURFACE SPECIALISTS OF WISCONSIN INC.

Defendants.

## ORDER

The Court, having considered the Plaintiffs' motion for default judgment and supporting papers, as well as the Defendant Contract Surface Specialists of Wisconsin Inc. ("Contract Surface Specialists")'s failure to appear by counsel to either answer the Plaintiffs' complaint, or to attend the default judgment hearing, hereby orders:

1. The Plaintiffs' motion for default judgment is hereby GRANTED, as the well pled factual allegations of the Complaint establish that Contract Surface Specialists was a single employer with R & T Specialists, Inc.,

2. Contract Surface Specialists is therefore liable to the Plaintiffs in the amount of $36,415.08, the amount that the Court has already found R & T Specialists owe to the Plaintiffs in Case No. 17CV157.

Dated this 30th day of January, 2019.

Hon. William M. Conley
U.S. District Court Judge